STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
District Court, Southern District of New York

..........................................................................................................

Odyssey Contracting Corp.                                                            08CV3491

                against                    Plaintiff(s)

L & L Painting Company, Inc &
Federal Insurance Company                         Defendant(s)

..........................................................................................................

RE : Federal Insurance Company

Attorney for Plaintiff(s) and Defendant please take notice as follows:

Sirs :
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons in a Civil Action in the above entitled action on April 17, 2008 at New York, New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s) :

    Michael McDermott
    Georgoulis & Associates, PLLC
    45 Broadway, 14th Floor
    New York, New York 10006

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant :

    CT Corporation
    Federal Insurance Company
    111 Eighth Avenue
    13th Floor
    New York, New York 10011

*Clark J. Williams*

by Clark J. Williams
Special Deputy Superintendent

Dated Albany, New York, April 18, 2008
430487        C.A.#190929