UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**ODYSSEY CONTRACTING CORP.**     Plaintiff,     INDEX# 08 CV 3481

--- AGAINST ---

**L & L PAINTING COMPANY, INC., ET. ANO.**
                                    Defendant,

---

STATE OF NEW YORK)
                 )SS.
COUNTY OF ALBANY )

MARIA SCHMITZ being duly sworn, deposes and says:

That she is over the age of eighteen years and is not a party to this action.

That on the 14th day of April, 2008, she served the Summons and Complaint on L & L PAINTING CO., INC., a domestic corporation, one of the defendants in this action by personally delivering to and leaving with a person, CAROL VOGT, a white female with brown hair, brown eyes, approximately 48 years of age, 5'0" and 125 lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

_____
MARIA SCHMITZ

Sworn before me this
14th day of April, 2008

_____
LAWRENCE A. KIRSCH
   4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2011

```
                  State of New York - Department of State
                             Receipt for Service


Receipt #:  200804150304                         Cash #: 200804150289
Date of Service:  04/14/2008                     Fee Paid: $40 - DRAWDOWN
Service Company:  14 GERALD WEINBERG, INC. - 14

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served:  L & L PAINTING CO., INC.



Plaintiff/Petitioner:
          ODYSSEY CONTRACTING CORP.



Service of Process Address:
L & L PAINTING CO., INC.
900 SOUTH OYSTER BAY ROAD
HICKSVILLE,  NY 11801

                                                  Secretary of State
                                                     By  CAROL VOGT
```