UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

Odyssey Contracting
                       Plaintiff,

    -against-                             08 CIVIL 3491 (SAS)

L+L Painting
                       Defendant.
------------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Michael McDermott__

☐    *Attorney*

    ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __unknown__

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☐    *Law Firm/Government Agency Association*

    From: __McElroy Deutsch Mulvaney + Carpenter__
    To: __Georgoulis + Associates PLLC__

    ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐    *Address:* __45 Broadway, 14th Floor NYC 10006__

☐    *Telephone Number:* __212 425 7854__

☐    *Fax Number:* __212 422-5360__

☐    *E-Mail Address:* __Mcdermott@georgoulis.com__

Dated: __6-16-08__      [signature]