Charles Fastenberg, Esq.
THELEN REID BROWN RAYSMAN & STEINER LLP
875 Third Avenue
New York, NY  10022
(212) 603-2000
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ODYSSEY CONTRACTING CORP., <br><br> Plaintiff, <br><br> -against- <br><br> L & L PAINTING CO., INC. and <br> FEDERAL INSURANCE COMPANY, <br><br> Defendants. | ECF CASE <br><br> 08 Civ. 3491 (SAS) <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Charles Fastenberg, Esq., of Thelen Reid Brown Raysman & Steiner LLP hereby appears as counsel of record to defendants L & L Painting Co., Inc. and Federal Insurance Company, and hereby requests that service upon the defendants of all papers and notices of all proceedings in the above action be sent to the undersigned.

Dated:  New York, New York
        June 26, 2008

                                          THELEN REID BROWN
                                          RAYSMAN & STEINER LLP

                                          By:  *s/Charles Fastenberg*____
                                                   Charles Fastenberg

                                          875 Third Avenue
                                          New York, NY  10022
                                          (212) 603-2000

                                          *Attorneys for Defendants*

NY #1725971 v1